**Motion for Rehearing Granted, Memorandum Opinion filed February 23, 2012, Withdrawn, Appeal Reinstated and Order filed July 19, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-11-01002-CV**
_____

**CHRISTINE E. REULE, Appellant**

**V.**

**RLZ INVESTMENTS, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1001350**

---

## ORDER

On February 23, 2012, this court issued an opinion dismissing this appeal. Appellant filed a motion for rehearing.  The motion is **GRANTED**.

This court's opinion filed February 23, 2012, is **WITHDRAWN**, and our judgment of that date is **VACATED.**  The appeal is ordered **REINSTATED.**

PER CURIAM

Panel consists of Justices Frost, Brown and Christopher.